# Velva L. Price
## Travis County District Clerk
### Travis County Courthouse Complex
### P.O. Box 679003
### Austin, Texas 78767-9003



January 12, 2015


Mr. Jeffrey D. Kyle
Third Court of Appeals
P.O. Box 12547
Austin, Texas 78711-2547

Dear Mr. Kyle,

A clerk's record in cause number, D-1-GN-14-000207 and Court of Appeals number 03-14-00809-CV, styled, James Russell Frost vs. David Williams Albers was due in your office on January 2, 2014.  This office has not received payment for this record as of today. Therefore, I am requesting an extension for filing.  Thank you for your consideration.

If you have any questions, please contact me at (512) 854-5835.


Sincerely,

Bari Henson
Deputy Court Clerk II
(512) 854-5835